# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

December 14, 2022

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



     **Re: Velasquez v. E 3 Cleaners, Inc., et al.**
       **Case 1:22-cv-08404-KPF**

Dear Judge Failla:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 20, 2022, at 10:30 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

          Sincerely,

          By: /S/   B. Bradley Weitz
            B. Bradley Weitz, Esq. (BW9365)
            THE WEITZ LAW FIRM, P.A.
            Attorney for Plaintiff
            Bank of America Building
            18305 Biscayne Blvd., Suite 214
            Aventura, Florida 33160
            Telephone: (305) 949-7777
            Facsimile:  (305) 704-3877
            Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference scheduled to take place on December 20, 2022, is hereby **ADJOURNED to January 27, 2023, at 3:30 p.m.**  Plaintiff is **ORDERED** to promptly file its proof of service of the summons and complaint on Defendants.

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:     December 14, 2022                SO ORDERED.
           New York, New York

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE