UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

               Plaintiff,

-v.-

E 3 CLEANERS, INC. *d/b/a* E 3 CLEANERS and TJ MONTANA ENTERPRISES L.L.C.,

               Defendants.

22 Civ. 8404 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On January 25, 2023, the Court ordered Plaintiff to either file proof of service of Defendants, or to show cause in writing why Plaintiff has failed to timely serve Defendants. (Dkt. #10). Since that Order, Plaintiff has filed proof of service in the form of two affidavits, which affidavits show that Defendants were served in October 2022. (Dkt. #12-13). Given Defendants' answers were due on November 8, 2022, Plaintiff is ORDERED to move for a default judgment against Defendants by **February 17, 2023**.

      SO ORDERED.

Dated:  January 27, 2023
           New York, New York

                                                        KATHERINE POLK FAILLA
                                                     United States District Judge