UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>      Plaintiff,<br><br>    -v.-<br><br>E 3 CLEANERS, INC. *d/b/a* E 3 CLEANERS and TJ MONTANA ENTERPRISES L.L.C.,<br><br>      Defendants. | 22 Civ. 8404 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On January 25, 2023, the Court ordered Plaintiff to either file proof of service of Defendants, or to show cause in writing why Plaintiff has failed to timely serve Defendants. (Dkt. #10). Since that Order, Plaintiff filed proof of service in the form of two affidavits, which affidavits show that Defendants were served in October 2022. (Dkt. #12-13). On January 27, 2023, the Court ordered Plaintiff to move for a default judgment against Defendants by February 17, 2023. (Dkt. #14). Since that time, Defendant TJ Montana Enterprises L.L.C. has answered the Complaint (Dkt. #15), but Defendant E 3 Cleaners, Inc. has still failed to appear or answer. Accordingly, Plaintiff is **ORDERED** to move for a default judgment against Defendant E 3 Cleaners by **February 24, 2023**.

  SO ORDERED.

Dated: February 21, 2023
     New York, New York

                      *Katherine Polk Failla*
                     KATHERINE POLK FAILLA
                     United States District Judge