UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

    Plaintiff,

vs.                                              CASE NO. 1:22-cv-08404-KPF

E 3 CLEANERS, INC., a New York
corporation, d/b/a E 3 CLEANERS, and
TJ MONTANA ENTERPRISES L.L.C.,
a Delaware limited liability company,

    Defendants.



---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, E 3 CLEANERS, INC., a New York corporation, d/b/a E 3 CLEANERS, and TJ MONTANA ENTERPRISES L.L.C., a Delaware limited liability company, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

    Dated: This 24th day of August, 2023.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorneys for Plaintiff*

By: _____
Jikun Wei, Esq.
Law Offices of Wei & Associates PLLC
13618 39th Ave, Suite 704,
Flushing, NY 11354
Telephone: (347) 636-6811
Email: weijikun@gmail.com
*Attorneys for Defendant,*
*E 3 CLEANERS, INC.*

By: /s/ Ge Li
Kevin Kerveng Tung, Esq.
Ge (Gordon) Li, Esq.
Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
Telephone: (718) 939-4633
Fax: (718) 939-4468
Email: ktung@kktlawfirm.com
Email: gli@kktlawfirm.com
*Attorneys for Defendant,*
*TJ MONTANA ENTERPRISES L.L.C.*

```
Pursuant to the above joint stipulation, this case is hereby DISMISSED
with prejudice.  The Clerk of Court is directed to terminate all
pending motions, adjourn all remaining deadlines, and close this case.


Dated:    August 24, 2023            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE